DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. HERALD

No. 30A84.

Case below: 65 N.C. App. 692.

Motion by Attorney General to dismiss appeal for lack of violation of constitutional rights allowed 6 March 1984.

STATE v. INGRAM

No. 38P84.

Case below: 65 N.C. App. 585.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 March 1984.

STATE v. JONES

No. 5P84.

Case below: 65 N.C. App. 624.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 March 1984.

STATE v. LOCKLEAR

No. 18P84.

Case below: 65 N.C. App. 624.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 March 1984. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 March 1984.

STATE v. SALTERS

No. 619P83.

Case below: 65 N.C. App. 31.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 March 1984.